1
2
3
4
5
6
7
8
9

10              UNITED STATES DISTRICT COURT

11                  DISTRICT OF NEVADA

| | |
|---|---|
| 12  LYLE EDWARD DICKSON, | Case No.:   2:25-cv-02152-ART-MDC |
| 13              Plaintiff, | **ORDER GRANTING** |
| 14  vs. | **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION TO DISMISS** |
| 15  KEVIN McMAHILL, et al., | **[ECF No. 10]** |
| 16              Defendants. | *First Request* |
| 17 | |

18      IT IS HEREBY STIPULATED AND AGREED between the parties to extend the deadline

19  for Lyle Edward Dickson ("Plaintiff") to file a Response to Kevin McMahill and Michael

20  Trumble's Motion to Dismiss, (ECF No. 10), until January 10, 2026, as Plaintiff is currently in

21  South America traveling for the holidays and has limited access to computers and e-mails.

22      This stipulation arises under Local Rule IA 6-1, which imposes a good cause requirement

23  to extend a deadline before it expires.  This stipulation is the first request to extend the Response

24  deadline, and it is necessary to allow Plaintiff the time needed to prepare and file his response.

The parties stipulate and agree that this reason constitutes good cause to extend the Response deadline, and that this request is not for purposes of delay.

IT IS SO STIPULATED this 2nd day of December, 2025.

KAEMPFER CROWELL

By:  /s/ Lyssa S. Anderson
LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135
**Attorneys for Defendants Kevin McMahill and Michael Trumble**

By:  /s/ Lyle Edward Dickson
Lyle Edward Dickson
2541 Banora Point
Las Vegas, NV  89134

*Plaintiff, pro se*

## ORDER

IT IS SO ORDERED.

Dated this 3rd day of December, 2025.

_____
Anne R. Traum
United States District Judge