LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendants*
*Kevin McMahill and Michael Trumble*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LYLE EDWARD DICKSON,<br><br>                    Plaintiffs,<br><br>vs.<br><br>KEVIN McMAHILL, *et al.*,<br><br>                    Defendants. | Case No.:   2:25-cv-02152-ART-MDC<br><br>**STIPULATION TO EXTEND**<br>**DISCOVERY**<br>**(First Request)**<br>**[ECF No. 24]** |

        IT IS HEREBY STIPULATED AND AGREED between the parties that the discovery cut-off date of June 1, 2026, be continued for a period of sixty days up to and including **Friday July 31, 2026**, for the purpose of the parties being able to complete written discovery, taking depositions, serving third-party subpoenas, and to allow disclosure of expert and rebuttal expert reports.

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.330

Page 1 of 6

## I.  DISCOVERY COMPLETED TO DATE

Defendants, Kevin McMahill and Michael Trumble ("LVMPD Defendants") have provided their initial Rule 26 Disclosures to Plaintiff.  Plaintiff has provided his initial disclosures as well and recently served Interrogatories on Defendant Trumble.

## II.  DISCOVERY YET TO BE COMPLETED

Defendant Trumble will provide responses to Plaintiff's First Interrogatories.  The LVMPD Defendants are currently preparing initial written discovery requests to Plaintiff.  After receiving the responses, the LVMPD Defendants will prepare any follow-up written discovery that is needed and then schedule depositions.  Expert reports will be disclosed timely.

## III.  REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

A standard of "good cause" governs this request because the to-be-extend deadlines have not yet expired. D. Nev. Local Rule 26-3.  Good cause "primarily considers the diligence" of the parties seeking the extension. *Johnson v. Mammoth Recreations*, Inc., 975 F.2d 604, 609 (9th Cir. 1992) (explaining that "[t]he district court may modify the pretrial schedule if it cannot reasonably be met despite the diligence of the party seeking the extension.") (internal quotations omitted). "Motions for extension must include a statement specifying the discovery completed, a description of discovery remaining, the reasons why the deadline was not satisfied, and a proposed schedule for completing remaining discovery." *Hampton v. Nevada*, No. 2:20-cv-00578-APG-DJA, 2021 WL 3573640, at *2 (D. Nev. July 29, 2021).

Plaintiff is representing himself in Proper Person and was traveling which resulted in an inadvertent delay in the parties submitting a Discovery Plan as required by Rule 26.  Indeed, the LVMPD Defendants first appeared in this matter on December 1, 2025.  However, the parties did not submit their joint Discovery Plan until February 25, 2026.  [ECF No. 23].  Following this Court's Order denying a Motion for Subpoena filed by Plaintiff on February 19, 2025, the LVMPD

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.330

Page 2 of 6

Defendants prepared a proposed Discovery Plan with the deadlines pursuant to LR 26(b)(1) and sent it to Plaintiff.  The Order granting the Discovery Plan was entered on February 27, 2026. [ECF No. 24].

Discovery just recently commenced and the deadline for disclosure of experts is fast approaching; on April 2, 2026.  The LVMPD Defendants' expert has requested additional time, and additional discovery prior to providing an expert report.  As such, an extension of this deadline is necessary.

In addition, the parties just recently exchanged their Rule 26 Disclosures identifying witnesses and documents related to the claim in this matter on March 9, 2026, and March 10, 2026. The disclosures were made after the deadline to amend pleadings.  Plaintiff requests an extension of the expired deadline so that he can evaluate any need to amend pleadings.

LR 26-3 states in relevant part:

> A motion or stipulation to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the subject deadline.  A request made within 21 days of the subject deadline must be supported by a showing of good cause.  A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect.

In evaluating excusable neglect, the court considers the following factors: (1) the reason for the delay and whether it was in the reasonable control of the moving party, (2) whether the moving party acted in good faith, (3) the length of the delay and its potential impact on the proceedings, and (4) the danger of prejudice to the nonmoving party. *See Pioneer Inv. Servs. Co. v. Brunswick Assocs.*, 507 U.S. 380, 395 S. Ct. 1489, 123 L.Ed.2d 74 (1993).

As indicated above, disclosures were not made by the parties prior to the deadline to amend pleadings and as such, submit that the excusable neglect standard is met when requesting an extension of the expired deadline.  As such, the parties submit that these reasons satisfy the

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.330

Page 3 of 6

applicable good cause standard imposed by Local Rule 26-3 for an extension of the current discovery deadlines.

## IV.    PROPOSED EXTENDED DEADLINES

The parties respectfully request this Court enter an order as follows:

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Discovery Cut Off | June 1, 2026 | July 31, 2026 |
| Deadline to Amend Pleadings | March 3, 2026 | May 1, 2026 |
| Disclosure of Experts | April 2, 2026 | June 1, 2026 |
| Disclosure of Rebuttal Experts | May 4, 2026 | July 1, 2026 |
| Dispositive Motion Deadline: | July 1, 2026 | August 31, 2026 |
| Pre-Trial Order | July 31, 2026 | September 30, 2026 |

**(A)    Motions in Limine/*Daubert* Motions.**

Under LR 16-3(b), any motions in limine, including *Daubert* motions, shall be filed and served 30 days prior to the commencement of Trial.  Oppositions shall be filed and served 14 days thereafter.  Reply briefs will be allowed only with leave of the Court.

**(B)    Pretrial Order.**

Pursuant to LR 26(1)(e)(5), the Joint Pretrial Order shall be filed with this Court no later than thirty days after the date set for filing dispositive motions, unless dispositive motions are filed, in which case the date for filing the Joint Pretrial Order shall be suspended until 30 days after the decision on the dispositive motions or further order of this Court.  The disclosures required by FRCP 26(a)(3) and any objections shall be included in the final pretrial order.

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.330

Page 4 of 6

**(C)** **Extensions or Modification of the Discovery Plan and Scheduling Order.**

In accordance with LR 26-3, applications to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension.  All motions or stipulations to extend a deadline set forth in a discovery plan shall be received by the Court not later than 21 days before the expiration of the subject deadline.  A request made after the expiration of the subject deadline shall not be granted unless the movant demonstrates that the failure to set was the result of excusable neglect.  Any motion or stipulation to extend a deadline or to reopen discovery shall include:

(a)    A statement specifying the discovery completed;

(b)    A specific description of the discovery that remains to be completed;

(c)    The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and

(d)    A proposed scheduled for completing all discovery.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.330

Page 5 of 6

The parties submit that good cause exists for an extension of the discovery deadlines for the reasons stated above.  The parties intend to conduct discovery in an expeditious manner.  This delay will not impede this matter and, in fact, will allow the parties time to continue to conduct discovery in an effective and efficient manner.  No Trial has been set, and dispositive motions have not been filed.

DATED this 19th day of March, 2026.

KAEMPFER CROWELL

By:    /s/ Lyssa Anderson
      LYSSA S. ANDERSON
      Nevada Bar No. 5781
      KRISTOPHER KALKOWSKI
      Nevada Bar No. 14892
      TRAVIS C. STUDDARD
      Nevada Bar No. 16454
      1980 Festival Plaza Drive
      Suite 650
      Las Vegas, Nevada 89135

**Attorneys for Defendants Kevin McMahill and Michael Trumble**

By:    /s/ Lyle Dickson
      Lyle Edward Dickson
      2541 Banora Point
      Las Vegas, NV 89134

**Plaintiff, Pro Se**

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:    3-20-26

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.330

Page 6 of 6