# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LYLE EDWARD DICKSON,

                Plaintiffs,

vs.

KEVIN McMAHILL, *et al.*,

                Defendants.

Case No.:   2:25-cv-02152-ART-MDC

**ORDER GRANTING**

**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

**(First Request)**

Plaintiff, Lyle Edward Dickson, in Proper Person and Defendants, Michael Trumble and Kevin McMahill ("LVMPD Defendants") through their Counsel, the law firm of Kaempfer Crowell, hereby respectfully submit this Stipulation and Order for Extension of Time to File Response to Defendants' Motion to Dismiss the First Amended Complaint (the "Stipulation"). Plaintiff's deadline to file a response to the Motion to Dismiss the First Amended Complaint is

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.330

Page 1 of 2

due on or before July 9, 2026.  The parties hereby agree to extend the time to file the Response, up and to, July 17, 2026.

The instant extension is requested as Plaintiff is currently out of the country and does not have access to a computer at this time.  As such, Plaintiff requires an additional time to complete and file the Response when he returns to the country.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including July 17, 2026, for Plaintiff to file a Response to the Motion to Dismiss Amended Complaint.

DATED this 30th day of June, 2026.

KAEMPFER CROWELL

By:    /s/ *Lyssa Anderson*
LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

*Attorneys for Defendants*
*Kevin McMahill and Michael*
*Trumble*

By:    /s/ *Lyle Dickson*
Lyle Edward Dickson
2541 Banora Point
Las Vegas, NV 89134

*Plaintiff, Pro Se*

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Dated:  July 1, 2026

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.330

Page 2 of 2