UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LYLE EDWARD DICKSON,

Plaintiff,

v.

KEVIN McMAHILL, *et al.*,

Defendants.

Case No. 2:25-cv-02152-ART-MDC

ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 48 )

*Pro se* Plaintiff Lyle Edward Dickson brings this action against Defendant officers of the Las Vegas Metropolitan Police Department under 42 U.S.C. § 1983 for his alleged unlawful arrest. Before the Court is Mr. Dickson's Motion for Leave to Amend. (ECF No. 32.) Also before the Court is Magistrate Judge Maximiliano D. Couvillier's Report & Recommendation (R&R) denying Mr. Dickson's motion. (ECF No. 48.) For the following reasons, the Court adopts the R&R and denies Mr. Dickson's motion.

**I. LEGAL STANDARD**

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

**II. ANALYSIS**

The R&R concluded that because Mr. Dickson filed his Motion for Leave to Amend after the deadline and without explaining why such a delay should be

excused based upon excusable neglect or good cause, it should be denied. (ECF No. 48 at 2-3.) Mr. Dickson has not objected to the R&R. Mr. Dickon's Motion for Leave to Amend argued that he wanted to add Officer M. Schultz as a defendant. (ECF No. 32 at 2.) Defendants responded that Mr. Dickson knew the identity and role of Officer M. Schultz as of March 9, 2026, when Defendants served Mr. Dickson with their initial disclosures, which Mr. Dickson did not dispute. (*Id.* at 3.) The R&R concluded that Defendants would be prejudiced by the delay in this filing, and that it is not supported by any reason or excuse. (*Id.* at 3.) The Court agrees with Judge Couvillier's reasoning and adopts his R&R in full.

## III. CONCLUSION

It is therefore ordered that Judge Couvillier's report and recommendation (ECF No. 48) is adopted in full.

It is further ordered that Plaintiff's Motion for Leave to Amend (ECF No. 32) is DENIED.

Dated this 7th day of October, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE